THE HONORABLE JAMES L. ROBART

1

2

3

4

5            U.S. DISTRICT COURT
6        WESTERN DISTRICT OF WASHINGTON

7  LEONARD A. LEMMON, on behalf of himself
   and all others similarly situated,
8                                                NO.  2:17-cv-01464 JLR
9                    Plaintiff,                  **STIPULATION AND [~~PROPOSED~~]**
                                                 **ORDER EXTENDING DEADLINES**
10    vs.                                        **RELATED TO CLASS**
                                                 **CERTIFICATION**
11  EQUIFAX INFORMATION SERVICES LLC,
12                    Defendant.

13

14      WHEREAS, on December 8, 2017, this Court Ordered that all discovery related to

15  class certification in this matter be completed by February 26, 2018, and that Plaintiff file his

16  motion for class certification on March 27, 2018. Dkt. No. 6;

17      WHEREAS, Plaintiff submits that, prior to moving for class certification in this matter,

18  he will need to conduct discovery regarding the allegations in Plaintiff's Complaint;

19  Defendant's affirmative defenses; matters of numerosity, typicality, and commonality of

20  Plaintiff's claims with respect to the class he seeks to represent and Plaintiff's adequacy to

21  serve as a representative of those classes; issues relating to certification of those classes; third-

22  party discovery regarding civil judgment records maintained in the State of Washington; and

23  testimony of any expert witnesses identified by the Parties, if any;

24      WHEREAS, Plaintiff believes that, in light of the complexity of the issues presented in

25  this case, discovery regarding class certification in this matter will require additional time

26  beyond that allowed by the Court's December 8, 2017 Order. Dkt. No. 6;

27

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1   WHEREAS, determining the number of class members requires comparison of public

2   records of satisfied civil judgments with Defendant's records to determine whether Defendant

3   is accurately reporting the status of a civil judgment record in the State of Washington;

4   WHEREAS, Plaintiff anticipates taking substantial third-party discovery of data

5   maintained by clerks of court in the State of Washington, some of which are not maintained

6   electronically and may require subpoenas and physical document productions. Furthermore,

7   this third-party data will then need to be compared to data maintained by the Defendant;

8   WHEREAS, in the experience of counsel for the Plaintiff, based upon similar cases in

9   other states, this process can be highly time consuming;

10   WHEREAS, counsel for the Parties have conferred, and Defendant does not oppose the

11   relief sought;

12   WHEREAS, good cause therefore exists to extend the deadlines set by this Court for

13   discovery related to class certification and Plaintiff's class certification motion.

## I. STIPULATION

15   NOW THEREFORE, Plaintiff moves for an Order resetting the deadlines related to

16   class certification in this matter as follows:

| EVENT | CURRENT DATE | NEW DATE |
|-------|-------------|----------|
| Deadline to complete fact discovery related to class certification | February 26, 2018 | May 4, 2018 |
| Plaintiff's Motion for Class Certification | March 27, 2018 | June 8, 2018 |
| Defendant's Opposition to Class Certification | | July 13, 2018 |
| Plaintiff's Reply in Support of Class Certification | | August 10, 2018 |

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES RELATED TO CLASS CERTIFICATION - 2
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    STIPULATED TO AND DATED this 12th day of January, 2018.

2

TERRELL MARSHALL LAW                    MARKOWITZ HERBOLD PC
3    GROUP PLLC

4    By: /s/ Beth E. Terrell, WSBA #26759        By: /s/ Jeffrey M. Edelson, WSBA #37361
     Beth E. Terrell, WSBA #26759               Jeffrey M. Edelson, WSBA #37361
5    Email: bterrell@terrellmarshall.com        Email: jeffedelson@markowitzherbold.com
     Erika L. Nusser, WSBA #40854               1211 SW Fifth Avenue, Suite 3000
6    Email: enusser@terrellmarshall.com         Portland, Oregon 97204-3730
     Elizabeth A. Adams, WSBA #49175            Telephone: (503) 295-3085
7    Email: eadams@terrellmarshall.com
     936 North 34th Street, Suite 300           Meryl W. Roper, *Admitted Pro Hac Vice*
8    Seattle, Washington 98103-8869             Email: mroper@kslaw.com
     Telephone: (206) 816-6603                  Zachary A. McEntyre,
9    Facsimile: (206) 319-5450                  *Admitted Pro Hac Vice*
10                                              Email: zmcentyre@kslaw.com
     James A. Francis, *Admitted Pro Hac Vice*  John C. Toro, *Admitted Pro Hac Vice*
11   Email: jfrancis@consumerlawfirm.com        Email: jtoro@kslaw.com
     John Soumilas, *Admitted Pro Hac Vice*     KING & SPALDING LLP
12   Email: jsoumilas@consumerlawfirm.com       1180 Peachtree Street NE
     Lauren KW Brennan,                         Atlanta, Georgia 30309
13   *Admitted Pro Hac Vice*                    Telephone: (404) 572-4600
14   Email: lbrennan@consumerlawfirm.com
     FRANCIS & MAILMAN, P.C.                    Katherine McFarland Stein,
15   Land Title Building,19th Floor             *Admitted Pro Hac Vice*
     100 South Broad Street                     Email: kstein@kslaw.com
16   Philadelphia, Pennsylvania 19110           KING & SPALDING LLP
     Telephone: (215) 735-8600                  500 W. Second Street, Suite 1800
17   Facsimile: (215) 940-8000                  Austin, Texas 78701
18                                              Telephone: (512) 457-2000

19   *Attorneys for Plaintiff*
                                                *Attorneys for Defendant*
20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES RELATED TO CLASS CERTIFICATION - 3
Case No. 2:17-cv-01464 JLR

**II. ORDER**

IT IS SO ORDERED this 16th day of _____January_____, 2018.


_____
THE HONORABLE JAMES L. ROBART

Presented by:

Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Erika L. Nusser, WSBA #40854
Email: enusser@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
Email: eadams@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

James A. Francis, *Admitted Pro Hac Vice*
Email: jfrancis@consumerlawfirm.com
John Soumilas, *Admitted Pro Hac Vice*
Email: jsoumilas@consumerlawfirm.com
Lauren KW Brennan, *Admitted Pro Hac Vice*
Email: lbrennan@consumerlawfirm.com
FRANCIS & MAILMAN, P.C.
Land Title Building,19th Floor
100 South Broad Street
Philadelphia, Pennsylvania 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES RELATED TO CLASS CERTIFICATION - 4
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Jeffrey M. Edelson, WSBA #37361
Email: jeffedelson@markowitzherbold.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, Oregon 97204-3730
Telephone: (503) 295-3085

Meryl W. Roper, *Admitted Pro Hac Vice*
Email: mroper@kslaw.com
Zachary A. McEntyre, *Admitted Pro Hac Vice*
Email: zmcentyre@kslaw.com
John C. Toro, *Admitted Pro Hac Vice*
Email: jtoro@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600

Katherine McFarland Stein, *Admitted Pro Hac Vice*
Email: kstein@kslaw.com
KING & SPALDING LLP
500 W. Second Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000

*Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES RELATED TO CLASS CERTIFICATION - 5
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

<u>CERTIFICATE OF SERVICE</u>

2

I, Beth E. Terrell, hereby certify that on January 12, 2018, I electronically filed the

3

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4

such filing to the following:

5

6

Jeffrey M. Edelson, WSBA #37361
Email: jeffedelson@markowitzherbold.com
MARKOWITZ HERBOLD PC

7

1211 SW Fifth Avenue, Suite 3000
Portland, Oregon 97204-3730

8

Telephone: (503) 295-3085

9

Meryl W. Roper, *Admitted Pro Hac Vice*

10

Email: mroper@kslaw.com
Zachary A. McEntyre, *Admitted Pro Hac Vice*

11

Email: zmcentyre@kslaw.com
John C. Toro, *Admitted Pro Hac Vice*

12

Email: jtoro@kslaw.com
KING & SPALDING LLP

13

1180 Peachtree Street NE

14

Atlanta, Georgia 30309
Telephone: (404) 572-4600

15

Katherine McFarland Stein, *Admitted Pro Hac Vice*

16

Email: kstein@kslaw.com
KING & SPALDING LLP

17

500 W. Second Street, Suite 1800

18

Austin, Texas 78701
Telephone: (512) 457-2000

19

*Attorneys for Defendant*

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES RELATED TO CLASS CERTIFICATION - 6
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

DATED this 12th day of January, 2018.

2

TERRELL MARSHALL LAW GROUP PLLC

3

By:    /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759

4

Email: bterrell@terrellmarshall.com
936 North 34th Street, Suite 300

5

Seattle, Washington 98103
Telephone: (206) 816-6603

6

Facsimile: (206) 319-5450

7

*Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINES RELATED TO CLASS CERTIFICATION - 7
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com