THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEONARD A. LEMMON, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>*Defendant.* | Case No. 2:17-cv-01464-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DISCOVERY AND CLASS CERTIFICATION** |

WHEREAS, on January 16, 2018, this Court ratified the Parties' first stipulation extending class certification deadlines and Ordered that all discovery related to class certification in this matter be completed by May 4, 2018, that Plaintiff file his motion for class certification on June 8, 2018, that Defendant respond to same on July 13, 2018, and that Plaintiff reply in support of same on August 10, 2018. Dkt. No. 24;

WHEREAS, since the Court's Order, counsel for the Parties have exchanged written discovery, have scheduled depositions, and have engaged in discussions about a potential resolution;

WHEREAS, counsel for the Parties have conferred and agree that an extension to the existing case deadlines will promote the efficient resolution of the case by allowing the Parties to focus their near-term efforts on settlement discussion;

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DISCOVERY AND CLASS CERTIFICATION — 1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

WHEREAS, good cause therefore exists to extend the deadlines set by this Court for discovery related to class certification and Plaintiff's class certification motion.

## I. STIPULATION

NOW THEREFORE, the Parties jointly stipulate and agree that the case deadlines in this matter should be reset as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Deadline to complete fact discovery related to class certification | May 4, 2018 | July 27, 2018 |
| Plaintiff's Motion for Class Certification | June 8, 2018 | August 24, 2018 |
| Defendant's Opposition to Class Certification | July 13, 2018 | September 21, 2018 |
| Plaintiff's Reply in Support of Class Certification | August 10, 2018 | October 5, 2018 |

STIPULATED TO AND DATED this 19 April 2018.

TERRELL MARSHALL LAW
    GROUP PLLC

By: /s/ Erika L. Nusser, WSBA #40854
    Beth E. Terrell, WSBA #26759
    bterrell@terrellmarshall.com
    Erika L. Nusser, WSBA #40854
    enusser@terrellmarshall.com
    Elizabeth A. Adams, WSBA #49175
    eadams@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

MARKOWITZ HERBOLD PC

By: /s/ Jeffrey M. Edelson, WSBA #37361
    Jeffrey M. Edelson, WSBA #37361
    jeffedelson@markowitzherbold.com
    1211 SW Fifth Avenue, Suite 3000
    Portland, Oregon 97204-3730
    Telephone: (503) 295-3085

Meryl W. Roper, admitted *pro hac vice*
mroper@kslaw.com
Zachary A. McEntyre, admitted *pro hac vice*
zmcentyre@kslaw.com
John C. Toro, admitted *pro hac vice*
jtoro@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATED TO
DISCOVERY AND CLASS CERTIFICATION

2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| James A. Francis, admitted *pro hac vice* <br> jfrancis@consumerlawfirm.com <br> John Soumilas, admitted *pro hac vice* <br> jsoumilas@consumerlawfirm.com <br> Lauren KW Brennan, admitted *pro hac vice* <br> lbrennan@consumerlawfirm.com <br> FRANCIS & MAILMAN, P.C. <br> Land Title Building, 19th Floor <br> 100 South Broad Street <br> Philadelphia, Pennsylvania 19110 <br> Telephone: (215) 735-8600 <br> Facsimile: (215) 940-8000 | Katherine McFarland Stein, <br>    admitted *pro hac vice* <br> kstein@kslaw.com <br> KING & SPALDING LLP <br> 500 W. Second Street, Suite 1800 <br> Austin, Texas 78701 <br> Telephone: (512) 457-2000 <br><br> *Attorneys for Defendant* |

*Attorneys for Plaintiff*

## II. ORDER

IT IS SO ORDERED this 21st day of April, 2018. No further extensions will be considered.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

By: /s/ Erika L. Nusser, WSBA #40854
    Beth E. Terrell, WSBA #26759
    bterrell@terrellmarshall.com
    Erika L. Nusser, WSBA #40854
    enusser@terrellmarshall.com
    Elizabeth A. Adams, WSBA #49175
    eadams@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DISCOVERY AND CLASS CERTIFICATION — 3

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| 1 | James A. Francis, admitted *pro hac vice* |
| | jfrancis@consumerlawfirm.com |
| 2 | John Soumilas, admitted *pro hac vice* |
| | jsoumilas@consumerlawfirm.com |
| 3 | Lauren KW Brennan, admitted *pro hac vice* |
| 4 | lbrennan@consumerlawfirm.com |
| | FRANCIS & MAILMAN, P.C. |
| 5 | Land Title Building, 19th Floor |
| | 100 South Broad Street |
| 6 | Philadelphia, Pennsylvania 19110 |
| | Telephone: (215) 735-8600 |
| 7 | Facsimile: (215) 940-8000 |

*Attorneys for Plaintiff*

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATED TO
DISCOVERY AND CLASS CERTIFICATION

4

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Erika L. Nusser, hereby certify that on April 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jeffrey M. Edelson, WSBA #37361
>Email: jeffedelson@markowitzherbold.com
>MARKOWITZ HERBOLD PC
>1211 SW Fifth Avenue, Suite 3000
>Portland, Oregon 97204-3730
>Telephone: (503) 295-3085
>
>Meryl W. Roper, *Admitted Pro Hac Vice*
>Email: mroper@kslaw.com
>Zachary A. McEntyre, *Admitted Pro Hac Vice*
>Email: zmcentyre@kslaw.com
>John C. Toro, *Admitted Pro Hac Vice*
>Email: jtoro@kslaw.com
>KING & SPALDING LLP
>1180 Peachtree Street NE
>Atlanta, Georgia 30309
>Telephone: (404) 572-4600
>
>Katherine McFarland Stein, *Admitted Pro Hac Vice*
>Email: kstein@kslaw.com
>KING & SPALDING LLP
>500 W. Second Street, Suite 1800
>Austin, Texas 78701
>Telephone: (512) 457-2000

*Attorneys for Defendant*

DATED this 19th day of April, 2018.

>TERRELL MARSHALL LAW GROUP PLLC
>
>By: /s/ Erika L. Nusser, WSBA #40854
>   Erika L. Nusser, WSBA #40854
>   Email: enusser@terrellmarshall.com
>   936 North 34th Street, Suite 300
>   Seattle, Washington 98103
>   Telephone: (206) 816-6603
>
>*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DISCOVERY AND CLASS CERTIFICATION — 5

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com