THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7

8

LEONARD A. LEMMON,
on behalf of himself and all others
similarly situated,

Case No. 2:17-cv-01464-JLR

9

10

*Plaintiff,*

**STIPULATION AND [PROPOSED]
ORDER EXTENDING DEADLINES
RELATED TO DISCOVERY AND CLASS
CERTIFICATION**

11

v.

12

EQUIFAX INFORMATION
SERVICES, LLC,

13

14

*Defendant.*

15    WHEREAS, on January 16, 2018, this Court ratified the Parties' first stipulation extending

16    certain deadlines pertaining to class certification discovery and briefing on Plaintiff's motion for

17    class certification (Dkt. No. 24);

18    WHEREAS, on April 23, 2018, this Court ratified the Parties' second stipulation

19    extending those deadlines after the Parties exchanged written discovery, scheduled depositions,

20    and engaged in settlement discussions (Dkt. No. 26);

21    WHEREAS, the Parties have scheduled a global mediation of this and other class action

22    cases pending across the country involving the reporting of public records matters on August 2-

23    3, 2018 in Boston, MA with mediator Eric Green;

24    WHEREAS, counsel for the Parties have conferred and agree that an additional 90-day

25    extension of existing case deadlines will promote the efficient resolution of this case by allowing

26    the Parties to focus their efforts on preparing for and participating in the August mediation;

27

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATED TO
DISCOVERY AND CLASS CERTIFICATION

1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    WHEREAS, good cause therefore exists to extend the deadlines set by this Court for

2 discovery related to class certification and Plaintiff's class certification motion.

3                    **I.    STIPULATION**

4    NOW THEREFORE, the Parties jointly stipulate and agree that, subject to leave of this

5 Court, case deadlines in this matter should be reset as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Parties to file a Joint Status Report apprising the Court of the outcome of the August mediation | N/A | August 10, 2018 |
| Deadline to complete fact discovery related to class certification | July 27, 2018 | October 26, 2018 |
| Plaintiff's Motion for Class Certification | August 24, 2018 | November 30, 2018 |
| Defendant's Opposition to Class Certification | September 21, 2018 | January 4, 2019 |
| Plaintiff's Reply in Support of Class Certification | October 5, 2018 | January 18, 2018 |

    STIPULATED TO AND DATED this 16 July 2018.

TERRELL MARSHALL LAW                    MARKOWITZ HERBOLD PC
    GROUP PLLC

By: */s/ Erika L. Nusser*, WSBA #40854         By: */s/ Jeffrey M. Edelson*, WSBA #37361
    Beth E. Terrell, WSBA #26759              Jeffrey M. Edelson, WSBA #37361
    bterrell@terrellmarshall.com             jeffedelson@markowitzherbold.com
    Erika L. Nusser, WSBA #40854             1211 SW Fifth Avenue, Suite 3000
    enusser@terrellmarshall.com              Portland, Oregon 97204-3730
    Elizabeth A. Adams, WSBA #4917 5         Telephone: (503) 295-3085
    eadams@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  James A. Francis, admitted *pro hac vice*
   jfrancis@consumerlawfirm.com

2  John Soumilas, admitted *pro hac vice*
   jsoumilas@consumerlawfirm.com

3  Lauren KW Brennan, admitted *pro hac vice*
   lbrennan@consumerlawfirm.com

4  FRANCIS & MAILMAN, P.C.

5  Land Title Building, 19th Floor
   100 South Broad Street

6  Philadelphia, Pennsylvania 19110
   Telephone: (215) 735-8600

7  Facsimile: (215) 940-8000

8  *Attorneys for Plaintiff*

Meryl W. Roper, admitted *pro hac vice*
mroper@kslaw.com
Zachary A. McEntyre, admitted *pro hac vice*
zmcentyre@kslaw.com
John C. Toro, admitted *pro hac vice*
jtoro@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600

Katherine McFarland Stein,
   admitted *pro hac vice*
kstein@kslaw.com
KING & SPALDING LLP
500 W. Second Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2000

*Attorneys for Defendant*

## II.   ORDER

IT IS SO ORDERED this 16th day of _____July_____, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
   Beth E. Terrell, WSBA #26759
   bterrell@terrellmarshall.com
   Erika L. Nusser, WSBA #40854
   enusser@terrellmarshall.com
   Elizabeth A. Adams, WSBA #49175
   eadams@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING DEADLINES RELATED TO
DISCOVERY AND CLASS CERTIFICATION

3

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1

2
James A. Francis, admitted *pro hac vice*
jfrancis@consumerlawfirm.com

3
John Soumilas, admitted *pro hac vice*
jsoumilas@consumerlawfirm.com

4
Lauren KW Brennan, admitted *pro hac vice*
lbrennan@consumerlawfirm.com

5
FRANCIS & MAILMAN, P.C.
100 South Broad Street, Ste. 1902

6
Philadelphia, Pennsylvania 19110
Telephone: (215) 735-8600

7
Facsimile: (215) 940-8000

8
*Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATED TO
DISCOVERY AND CLASS CERTIFICATION

4

1

## CERTIFICATE OF SERVICE

2

I, Beth E. Terrell, hereby certify that on July 16, 2018, I electronically filed the foregoing

3

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4

to the following:

5

6

Jeffrey M. Edelson, WSBA #37361
Email: jeffedelson@markowitzherbold.com
MARKOWITZ HERBOLD PC

7

1211 SW Fifth Avenue, Suite 3000

8

Portland, Oregon 97204-3730
Telephone: (503) 295-3085

9

10

Meryl W. Roper, *Admitted Pro Hac Vice*
Email: mroper@kslaw.com
Zachary A. McEntyre, *Admitted Pro Hac Vice*

11

Email: zmcentyre@kslaw.com

12

John C. Toro, *Admitted Pro Hac Vice*
Email: jtoro@kslaw.com

13

KING & SPALDING LLP
1180 Peachtree Street NE

14

Atlanta, Georgia 30309
Telephone: (404) 572-4600

15

16

Katherine McFarland Stein, *Admitted Pro Hac Vice*
Email: kstein@kslaw.com

17

KING & SPALDING LLP
500 W. Second Street, Suite 1800

18

Austin, Texas 78701
Telephone: (512) 457-2000

19

20

*Attorneys for Defendant*

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATED TO
DISCOVERY AND CLASS CERTIFICATION

5

1    DATED this 16th day of July, 2018.

2                              TERRELL MARSHALL LAW GROUP PLLC

3                              By:    /s/ Beth E. Terrell, WSBA #26759
4                                     Beth E. Terrell, WSBA #26759
                                      Email: bterrell@terrellmarshall.com
5                                     936 North 34th Street, Suite 300
                                      Seattle, Washington 98103
6                                     Telephone: (206) 816-6603

7                              *Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER                6          TERRELL MARSHALL LAW GROUP PLLC
EXTENDING DEADLINES RELATED TO                                   936 North 34th Street, Suite 300
DISCOVERY AND CLASS CERTIFICATION                              Seattle, Washington 98103-8869
                                                            TEL 206.816.6603 • FAX 206.319.5450
                                                                     www.terrellmarshall.com