Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD A. LEMMON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | No. 2:17-cv-01464-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS<br><br>NOTE ON MOTION CALENDAR: **October 22, 2018** |

WHEREAS, Plaintiff Leonard A. Lemmon, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, submitted a Stipulation on July 16, 2018 to extend the deadlines related to discovery and class certification, which was approved by the Court on July 17, 2018 (Docs. 27, 28);

WHEREAS, this case is one of a number of similar putative class actions brought against Equifax around the country regarding the reporting of public records (*i.e.*, tax liens and civil judgments);

WHEREAS, on October 9, 2018, the parties in these putative class actions reached an agreement in principle to resolve the pending cases on a nationwide basis through a class

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 1**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

settlement to be presented for approval in the Eastern District of Virginia. The settlement, if approved, would resolve the putative class action claims in this case;

WHEREAS, good cause therefore exists to stay the deadlines in this matter for 60 days until December 21, 2018, while the parties negotiate a formal settlement agreement;

## I.   STIPULATION

NOW THEREFORE, the Parties jointly stipulate and agree that the deadlines currently set in this case pursuant to the Court's July 17, 2018 Order (Doc. 28) be stayed by 60 days. The parties will update the Court and provide a status report by no later than December 21, 2018 regarding the status of the settlement.

STIPULATED TO AND DATED 22nd day of October, 2018.

*/s/Jeffrey M. Edelson*
Jeffrey M. Edelson, WSB #37361
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
503-295-3085
503-323-9105 (fax)
JeffEdelson@markowitzherbold.com
Zachary A. McEntyre (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
John C. Toro (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
404-572-4600
404-572-5100 (fax)
zmcentyre@kslaw.com
mroper@kslaw.com
jtoro@kslaw.com

Katherine M. Stein (pro hac vice)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701

*/s/Erika L. Nusser*
Beth E. Terrell, WSBA #26759
Erika L. Nusser, WSBA #40854
Elizabeth A. Adams, WSBA #49175
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
206-816-6603
206-319-5450 (fax)
bterrell@terrellmarshall.com
enusser@terrellmarshall.com
eadams@terrellmarshall.com

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Lauren K. W. Brennan (*pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
215-735-8600
215-940-8000 (fax)
jfrancis@consumerlawfirm.com

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 2**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

| | |
|---|---|
| 512-457-2000<br>512-457-2100 (fax)<br>kstein@kslaw.com<br><br>*Attorneys for Defendant, Equifax Information Services LLC* | jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com<br><br>*Attorneys for Plaintiff, Leonard A. Lemmon* |

## II.  ORDER

IT IS SO ORDERED

Dated this 23rd day of  October, 2018.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Jeffrey M. Edelson
Jeffrey M. Edelson, WSB #37361
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
503-295-3085
503-323-9105 (fax)
JeffEdelson@markowitzherbold.com

Zachary A. McEntyre (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
John C. Toro (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA  30309
404-572-4600
404-572-5100 (fax)
zmcentyre@kslaw.com
mroper@kslaw.com
jtoro@kslaw.com

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 3**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON  97204-3730
(503) 295-3085

Katherine M. Stein (pro hac vice)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512-457-2000
512-457-2100 (fax)
kstein@kslaw.com

*Attorneys for Defendant, Equifax Information Services LLC*

STIPULATION AND [PROPOSED] ORDER TO STAY
PROCEEDINGS, 2:17-cv-01464-JLR - 4

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

## ATTORNEY CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I have made service of the foregoing **STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS** on the parties listed below in the manner indicated:

Elizabeth Ann Adams
Erika L. Nusser
Beth E. Terrell
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
*Attorneys for Plaintiff, Leonard A. Lemmon*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: eadams@terrellmarshall.com;
enusser@terrellmarshall.com;
bterrell@terrellmarshall.com
☒ Electronically via USDC CM/ECF system

James A. Francis
John Soumilas
Lauren KW Brennan
Francis & Mailman, PC
1600 Market Street, Suite 2510
Philadelphia, PA 19103
*Attorneys for Plaintiff, Leonard A. Lemmon*

☐ U.S. Mail
☐ Facsimile
☐ Hand Delivery
☐ Overnight Courier
☐ Email: jfrancis@consumerlawfirm.com;
jsoumilas@consumerlawfirm.com;
lbrennan@consumerlawfirm.com
☒ Electronically via USDC CM/ECF system

DATED this 22nd day of October, 2018.

/s/Jeffrey M. Edelson
Jeffrey M. Edelson, WSBA #37361
*Attorneys for Defendant, Equifax Information Services LLC*

LEMM\798652

**CERTIFICATE OF SERVICE**