Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD A. LEMMON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | No. 2:17-cv-01464-JLR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR:<br>December 20, 2018** |

Pursuant to the Court's Order dated October 22, 2018 (Dkt. 31), Plaintiff Leonard A. Lemmon, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby provide this notice regarding the status of the case.

This case is one of a number of similar putative class actions brought against Equifax around the country regarding the reporting of public records (*i.e.*, tax liens and civil judgments). On October 9, 2018, the parties to this case and the other, similar putative class actions reached an agreement in principle to resolve the pending cases on a nationwide basis through a class settlement to be presented for approval in the Eastern District of Virginia. The settlement, if approved, would resolve the putative class action claims in this case. The

**STIPULATION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS,
2:17-cv-01464-JLR - 1**

parties are still working on finalizing the documentation for the settlement, and respectfully request that the Court stay this matter for an additional 60 days until February 19, 2019.

Accordingly, the parties request that all deadlines in the case be stayed for sixty days. The parties will file a joint status report within two weeks of the execution of the settlement agreement, but in any event by no later than February 19, 2019. An endorsement ordering this further stay of deadlines appears at the bottom of this stipulation.

STIPULATED TO AND DATED 20th day of December, 2018.

| /s/Jeffrey M. Edelson | /s/Erika L. Nusser |
|---|---|
| Jeffrey M. Edelson, WSB # 37361 | Beth E. Terrell, WSBA #26759 |
| MARKOWITZ HERBOLD PC | Erika L. Nusser, WSBA #40854 |
| 1211 SW Fifth Avenue, Suite 3000 | Elizabeth A. Adams, WSBA #49175 |
| Portland, OR 97204-3730 | TERRELL MARSHALL LAW GROUP PLLC |
| 503-295-3085 | 936 North 34th Street, Suite 300 |
| 503-323-9105 (fax) | Seattle, WA 98103-8869 |
| JeffEdelson@markowitzherbold.com | 206-816-6603 |
|  | 206-319-5450 (fax) |
| Zachary A. McEntyre (*pro hac vice*) | bterrell@terrellmarshall.com |
| Meryl W. Roper (*pro hac vice*) | enusser@terrellmarshall.com |
| John C. Toro (*pro hac vice*) | eadams@terrellmarshall.com |
| KING & SPALDING LLP |  |
| 1180 Peachtree Street | James A. Francis (*pro hac vice*) |
| Atlanta, GA 30309 | John Soumilas (*pro hac vice*) |
| 404-572-4600 | Lauren K. W. Brennan (*pro hac vice*) |
| 404-572-5100 (fax) | FRANCIS & MAILMAN, P.C. |
| zmcentyre@kslaw.com | 1600 Market Street, 25th Floor |
| mroper@kslaw.com | Philadelphia, Pennsylvania 19103 |
| jtoro@kslaw.com | 215-735-8600 |
|  | 215-940-8000 (fax) |
| Katherine M. Stein (pro hac vice) | jfrancis@consumerlawfirm.com |
| KING & SPALDING LLP | jsoumilas@consumerlawfirm.com |
| 500 W. 2nd Street, Suite 1800 | lbrennan@consumerlawfirm.com |
| Austin, TX 78701 |  |
| 512-457-2000 |  |
| 512-457-2100 (fax) |  |
| kstein@kslaw.com | *Attorneys for Plaintiff, Leonard A. Lemmon* |
| *Attorneys for Defendant, Equifax Information Services LLC* |  |

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 2**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

## II. ORDER

IT IS SO ORDERED,

Dated this 20th day of December, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

s/Jeffrey M. Edelson
Jeffrey M. Edelson, WSB # 37361
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
503-295-3085
503-323-9105 (fax)
JeffEdelson@markowitzherbold.com

Zachary A. McEntyre (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
John C. Toro (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
404-572-4600
404-572-5100 (fax)
zmcentyre@kslaw.com
mroper@kslaw.com
jtoro@kslaw.com

Katherine M. Stein (pro hac vice)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512-457-2000
512-457-2100 (fax)
kstein@kslaw.com

*Attorneys for Defendant, Equifax Information Services LLC*

LEMM\820278

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 3**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085