Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD A. LEMMON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | No. 2:17-cv-01464-JLR<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS<br><br>NOTE ON MOTION CALENDAR:<br>**April 22, 2019** |

Pursuant to the Court's Order dated February 20, 2019 (Dkt. 35), Plaintiff Leonard A. Lemmon, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby provide this notice regarding the status of the case.

The parties agreed to a nationwide settlement in *Thomas v. Equifax Info. Servs.*, LLC, No. 3:18-cv-00684-MHL (E.D. Va.) in April 2019. A motion for preliminary approval of that settlement was filed with the Court in E.D. Va. on April 17, 2019. The terms of the settlement embrace the class claims pled in this litigation and would thus resolve all class claims in this case should it ultimately receive final approval from the court.

The parties in the above-captioned matter have conferred and agree that in the interest of judicial economy, all proceedings in this matter should remain stayed until the settlement has been granted final approval in *Thomas*, and no further appeals remain. The parties

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 1**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

therefore respectfully request the Court extend the stay in this matter until fourteen (14) days following the final approval hearing in *Thomas* at which date the parties shall file a further status report with the Court. An endorsement ordering this further stay of deadlines appears at the bottom of this stipulation.

STIPULATED TO AND DATED this 22nd day of April, 2019.

| | |
|---|---|
| /s/ *Jeffrey M. Edelson* | /s/ *Erika L. Nusser* |
| Jeffrey M. Edelson, WSB # 37361 | Beth E. Terrell, WSBA #26759 |
| MARKOWITZ HERBOLD PC | Erika L. Nusser, WSBA #40854 |
| 1211 SW Fifth Avenue, Suite 3000 | Elizabeth A. Adams, WSBA #49175 |
| Portland, OR 97204-3730 | TERRELL MARSHALL LAW GROUP PLLC |
| 503-295-3085 | 936 North 34th Street, Suite 300 |
| 503-323-9105 (fax) | Seattle, WA 98103-8869 |
| JeffEdelson@markowitzherbold.com | 206-816-6603 |
| | 206-319-5450 (fax) |
| Zachary A. McEntyre (*pro hac vice*) | bterrell@terrellmarshall.com |
| Meryl W. Roper (*pro hac vice*) | enusser@terrellmarshall.com |
| John C. Toro (*pro hac vice*) | eadams@terrellmarshall.com |
| KING & SPALDING LLP | |
| 1180 Peachtree Street | James A. Francis (*pro hac vice*) |
| Atlanta, GA 30309 | John Soumilas (*pro hac vice*) |
| 404-572-4600 | Lauren K. W. Brennan (*pro hac vice*) |
| 404-572-5100 (fax) | FRANCIS & MAILMAN, P.C. |
| zmcentyre@kslaw.com | 1600 Market Street, 25th Floor |
| mroper@kslaw.com | Philadelphia, Pennsylvania 19103 |
| jtoro@kslaw.com | 215-735-8600 |
| | 215-940-8000 (fax) |
| Katherine M. Stein (pro hac vice) | jfrancis@consumerlawfirm.com |
| KING & SPALDING LLP | jsoumilas@consumerlawfirm.com |
| 500 W. 2nd Street, Suite 1800 | lbrennan@consumerlawfirm.com |
| Austin, TX 78701 | |
| 512-457-2000 | |
| 512-457-2100 (fax) | |
| kstein@kslaw.com | *Attorneys for Plaintiff, Leonard A. Lemmon* |
| *Attorneys for Defendant, Equifax Information Services LLC* | |

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 2**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON 97204-3730
(503) 295-3085

## II.   ORDER

IT IS SO ORDERED this 23rd day of _____April_____, 2019.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

*/s/ Jeffrey M. Edelson*
Jeffrey M. Edelson, WSB # 37361
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
503-295-3085
503-323-9105 (fax)
JeffEdelson@markowitzherbold.com

Zachary A. McEntyre (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
John C. Toro (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA  30309
404-572-4600
404-572-5100 (fax)
zmcentyre@kslaw.com
mroper@kslaw.com
jtoro@kslaw.com

Katherine M. Stein (pro hac vice)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX  78701
512-457-2000
512-457-2100 (fax)
kstein@kslaw.com

*Attorneys for Defendant, Equifax Information Services LLC*

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 3**

MARKOWITZ HERBOLD PC
SUITE 3000 PACWEST CENTER
1211 SW FIFTH AVENUE
PORTLAND, OREGON  97204-3730
(503) 295-3085