Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD A. LEMMON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | No. 2:17-cv-01464-JLR<br><br>**STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 27, 2019** |

Pursuant to the Court's Order dated April 23, 2019 (Dkt. 37), Plaintiff Leonard A. Lemmon, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby provide this notice regarding the status of the case.

As set forth in the parties' April 22, 2019 Status Report (Dkt. 36), the parties agreed to a nationwide settlement in *Thomas v. Equifax Info. Servs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.). The terms of the nationwide *Thomas* settlement embraced and resolved all class claims, including the class claims pled in this litigation. The preliminary approval order entered on May 14, 2019 by the *Thomas* Court prohibited the parties from commencing, pursuing, maintaining, enforcing or prosecuting, either directly or indirectly, any released

STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER
TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 1

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

claim in any judicial, administrative, arbitral or other forum, against any of the released parties. *See Thomas*, Dkt. 40 at 6-7 (attached hereto as Exhibit A).

The Court in *Thomas* granted final approval of the nationwide settlement on September 13, 2019, which released the class claims in all pending class actions (including this one) regarding the reporting of public records information. Pursuant to the Stipulation and Agreement of Settlement in *Thomas*, no later than the effective date of the Settlement, or October 4, 2019, Plaintiff must dismiss with prejudice all class allegations asserted against Equifax in this case. Further, the parties respectfully request two weeks from that date to determine whether they can amicably resolve Plaintiff's remaining individual claims in this case. The parties propose that they will notify the Court by no later than October 18, 2019 as to whether they have reached a resolution of those remaining individual claims, or alternatively will propose a scheduling order to govern the remaining deadlines in the case. An endorsement ordering this further stay of deadlines appears at the bottom of this stipulation.

STIPULATED TO AND DATED this 27th day of September, 2019.

| /s/Jeffrey M. Edelson | /s/Erika L. Nusser |
|---|---|
| Jeffrey M. Edelson, WSB # 37361 | Beth E. Terrell, WSBA #26759 |
| MARKOWITZ HERBOLD PC | Erika L. Nusser, WSBA #40854 |
| 1211 SW Fifth Avenue, Suite 3000 | Elizabeth A. Adams, WSBA #49175 |
| Portland, OR 97204-3730 | TERRELL MARSHALL LAW GROUP PLLC |
| 503-295-3085 | 936 North 34th Street, Suite 300 |
| 503-323-9105 (fax) | Seattle, WA 98103-8869 |
| JeffEdelson@markowitzherbold.com | 206-816-6603 |
| | 206-319-5450 (fax) |
| Zachary A. McEntyre (*pro hac vice*) | bterrell@terrellmarshall.com |
| Meryl W. Roper (*pro hac vice*) | enusser@terrellmarshall.com |
| John C. Toro (*pro hac vice*) | eadams@terrellmarshall.com |
| KING & SPALDING LLP | |
| 1180 Peachtree Street | |
| Atlanta, GA 30309 | James A. Francis (*pro hac vice*) |
| 404-572-4600 | John Soumilas (*pro hac vice*) |
| 404-572-5100 (fax) | Lauren K. W. Brennan (*pro hac vice*) |
| zmcentyre@kslaw.com | FRANCIS & MAILMAN, P.C. |

| | |
|---|---|
| mroper@kslaw.com<br>jtoro@kslaw.com<br><br>Katherine M. Stein (pro hac vice)<br>KING & SPALDING LLP<br>500 W. 2nd Street, Suite 1800<br>Austin, TX 78701<br>512-457-2000<br>512-457-2100 (fax)<br>kstein@kslaw.com<br><br>*Attorneys for Defendant, Equifax Information Services LLC* | 1600 Market Street, 25th Floor<br>Philadelphia, Pennsylvania 19103<br>215-735-8600<br>215-940-8000 (fax)<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com<br><br>*Attorneys for Plaintiff, Leonard A. Lemmon* |

## II. ORDER

IT IS SO ORDERED this 30th day of September, 2019.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

*s/Jeffrey M. Edelson*
Jeffrey M. Edelson, WSB # 37361
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
503-295-3085
503-323-9105 (fax)
JeffEdelson@markowitzherbold.com

Zachary A. McEntyre (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
John C. Toro (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
404-572-4600
404-572-5100 (fax)
zmcentyre@kslaw.com
mroper@kslaw.com

1  jtoro@kslaw.com

2  Katherine M. Stein (pro hac vice)
   KING & SPALDING LLP
3  500 W. 2nd Street, Suite 1800
4  Austin, TX  78701
   512-457-2000
5  512-457-2100 (fax)
   kstein@kslaw.com
6
7  *Attorneys for Defendant, Equifax Information Services LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER
TO STAY PROCEEDINGS, 2:17-cv-01464-JLR - 4**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON  97201
(503) 295-3085