THE HONORABLE JAMES L. ROBART

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEONARD A. LEMMON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | NO. 2:17-cv-01464 JLR <br><br> **STIPULATION OF DISMISSAL OF CLASS CLAIMS WITH PREJUDICE** |

Leonard A. Lemmon ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, regarding the reporting and disclosure of public record information.

2. On April 12, 2019, a nationwide settlement was reached in the case of *Thomas v. Equifax Info. Servcs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.).

3. The terms of the *Thomas* settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4. Judge M. Hannah Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Thomas* on September 13, 2019. (*Thomas* ECF No. 55.)

5. No appeals have been taken from Judge Lauck's Order.

STIPULATION OF DISMISSAL OF CLASS CLAIMS
WITH PREJUDICE - 1
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6. Therefore, the Parties stipulate to dismiss the claims asserted in this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the extent Plaintiff purports to bring them on a class wide basis. Plaintiff is proceeding with his individual claim.

7. The parties are engaged in negotiations to resolve Plaintiff's individual claim. Pursuant to the Court's Order (ECF No. 42), the parties will provide a status report by October 18, 2019.

STIPULATED TO AND DATED this 4 October 2019.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | MARKOWITZ HERBOLD PC |
| By: /s/ Erika L. Nusser, WSBA #40854<br>Beth E. Terrell, WSBA #26759<br>bterrell@terrellmarshall.com<br>Erika L. Nusser, WSBA #40854<br>enusser@terrellmarshall.com<br>Elizabeth A. Adams, WSBA #49175<br>eadams@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>James A. Francis, admitted *pro hac vice*<br>jfrancis@consumerlawfirm.com<br>John Soumilas, admitted *pro hac vice*<br>jsoumilas@consumerlawfirm.com<br>Lauren KW Brennan, admitted *pro hac vice*<br>lbrennan@consumerlawfirm.com<br>FRANCIS & MAILMAN, P.C.<br>1600 Market Street, Suite 2510<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 735-8600<br>Facsimile: (215) 940-8000<br><br>*Attorneys for Plaintiff* | By: /s/ Jeffrey M. Edelson, WSBA #37361<br>Jeffrey M. Edelson, WSBA #37361<br>jeffedelson@markowitzherbold.com<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, Oregon 97204-3730<br>Telephone: (503) 295-3085<br><br>Meryl W. Roper, admitted *pro hac vice*<br>mroper@kslaw.com<br>Zachary A. McEntyre, admitted *pro hac vice*<br>zmcentyre@kslaw.com<br>John C. Toro, admitted *pro hac vice*<br>jtoro@kslaw.com<br>KING & SPALDING LLP<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br><br>Katherine McFarland Stein, admitted *pro hac vice*<br>kstein@kslaw.com<br>KING & SPALDING LLP<br>500 W. Second Street, Suite 1800<br>Austin, Texas 78701<br>Telephone: (512) 457-2000<br><br>*Attorneys for Defendant* |

STIPULATION OF DISMISSAL OF CLASS CLAIMS
WITH PREJUDICE - 2
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED this 4th day of October, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

Beth E. Terrell, WSBA #26759
bterrell@terrellmarshall.com
Erika L. Nusser, WSBA #40854
enusser@terrellmarshall.com
Elizabeth A. Adams, WSBA #49175
eadams@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

James A. Francis, admitted *pro hac vice*
jfrancis@consumerlawfirm.com
John Soumilas, admitted *pro hac vice*
jsoumilas@consumerlawfirm.com
Lauren KW Brennan, admitted *pro hac vice*
lbrennan@consumerlawfirm.com
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, Pennsylvania 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

*Attorneys for Plaintiff*

STIPULATION OF DISMISSAL OF CLASS CLAIMS
WITH PREJUDICE - 3
Case No. 2:17-cv-01464 JLR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com