Hon. James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEONARD A. LEMMON, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES LLC,

Defendant.

No. 2:17-cv-01464-JLR

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION

NOTE ON MOTION CALENDAR: **October 18, 2019**

Pursuant to the Court's September 30, 2019 Order (Doc. 42), Plaintiff Leonard A. Lemmon, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby provide a report regarding the status of the case.

As set forth in the parties' September 27, 2019 Status Report (Doc. 40), the parties agreed to a nationwide settlement in *Thomas v. Equifax Info. Servs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.), which was finally approved on September 13, 2019. Subsequently, Plaintiff dismissed with prejudice all class claims asserted against Equifax in this case. (Doc. 43). The parties have engaged in good faith negotiations about whether they can reach a resolution of the remaining individual claims in the case, and respectfully request an additional two weeks to do so. The parties, therefore, respectfully request that they have

**STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION,
2:17-cv-01464-JLR - 1**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

until November 1, 2019 to notify the Court as to whether they have reached a resolution of those remaining individual claims, or alternatively will propose a scheduling order to govern the remaining deadlines in the case. A proposed order is submitted herewith for the Court's consideration.

STIPULATED TO AND DATED this 18th day of October, 2019.

| /s/Jeffrey M. Edelson | /s/Erika L. Nusser |
|---|---|
| Jeffrey M. Edelson, WSB # 37361<br>MARKOWITZ HERBOLD PC<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, OR 97204-3730<br>503-295-3085<br>503-323-9105 (fax)<br>JeffEdelson@markowitzherbold.com | Beth E. Terrell, WSBA #26759<br>Erika L. Nusser, WSBA #40854<br>Elizabeth A. Adams, WSBA #49175<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103-8869<br>206-816-6603<br>206-319-5450 (fax)<br>bterrell@terrellmarshall.com<br>enusser@terrellmarshall.com<br>eadams@terrellmarshall.com |
| Zachary A. McEntyre (*pro hac vice*)<br>Meryl W. Roper (*pro hac vice*)<br>John C. Toro (*pro hac vice*)<br>KING & SPALDING LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>404-572-4600<br>404-572-5100 (fax)<br>zmcentyre@kslaw.com<br>mroper@kslaw.com<br>jtoro@kslaw.com | James A. Francis (*pro hac vice*)<br>John Soumilas (*pro hac vice*)<br>Lauren K. W. Brennan (*pro hac vice*)<br>FRANCIS & MAILMAN, P.C.<br>1600 Market Street, 25th Floor<br>Philadelphia, Pennsylvania 19103<br>215-735-8600<br>215-940-8000 (fax)<br>jfrancis@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com |
| Katherine M. Stein (pro hac vice)<br>KING & SPALDING LLP<br>500 W. 2nd Street, Suite 1800<br>Austin, TX 78701<br>512-457-2000<br>512-457-2100 (fax)<br>kstein@kslaw.com | |
| *Attorneys for Defendant, Equifax Information Services LLC* | *Attorneys for Plaintiff, Leonard A. Lemmon* |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION,**
**2:17-cv-01464-JLR - 2**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085

## II. ORDER

IT IS SO ORDERED this 18 day of October, 2019.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

*s/Jeffrey M. Edelson*
Jeffrey M. Edelson, WSB # 37361
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
503-295-3085
503-323-9105 (fax)
JeffEdelson@markowitzherbold.com

Zachary A. McEntyre (*pro hac vice*)
Meryl W. Roper (*pro hac vice*)
John C. Toro (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309
404-572-4600
404-572-5100 (fax)
zmcentyre@kslaw.com
mroper@kslaw.com
jtoro@kslaw.com

Katherine M. Stein (pro hac vice)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512-457-2000
512-457-2100 (fax)
kstein@kslaw.com

*Attorneys for Defendant, Equifax Information Services LLC*

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION,**
**2:17-cv-01464-JLR - 3**

MARKOWITZ HERBOLD PC
1455 SW BROADWAY, SUITE 1900
PORTLAND, OREGON 97201
(503) 295-3085