UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD A. LEMMON,<br><br>                        Plaintiff,<br>     v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>                        Defendant. | CASE NO. C17-1464JLR<br><br>ORDER REGARDING JOINT STATUS REPORT |

On December 8, 2017, the court ordered the parties to submit a joint status report and discovery plan as required by Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f). (12/8/17 Order (Dkt. # 5) at 1); *see also* Fed. R. Civ. P. 26(f); Local Civil Rules W.D. Wash. LCR 26(f). The parties filed their joint status report and discovery plan on January 12, 2018. (*See* 1st JSR (Dkt. # 23).) The court subsequently stayed this case several times at the parties' request. (*See* Stip. Mots. (Dkt. ## 30-37, 41).)

//

1         On September 30, 2019, the parties represented to the court that "they will notify the Court by no later than October 18, 2019 as to whether they have reached a resolution of [the remaining claims], or alternatively will propose a scheduling order to govern the remaining deadlines in this case." (*See* 9/30/19 Stip. Order (Dkt. # 42).) On October 18, 2019, the parties requested, and the court granted, an extension to propose a scheduling order until November 1, 2019. (*See* 10/18/19 Stip. Order (Dkt. # 46).) The parties filed their joint status report on November 1, 2019, notifying the court that the parties "have been unable to reach a resolution" of the remaining claims in this case. (*See* 2d JSR (Dkt. # 47).) The joint status report proposes deadlines for discovery and dispositive motions, but proposes "deferring the scheduling of deadlines relating to trial until after this Court's ruling on any summary judgment motion." (*See id.* at 1-2.) The court's practice is to enter a scheduling order that accounts for all remaining case deadlines, including the trial date.

        Accordingly, the court ORDERS the parties to submit a revised joint status report and discovery plan that includes the same information required by the court's December 5, 2017 order (Dkt. # 5) at pages 2-5, including the date the case will be ready for trial, the number of trial days required, and the dates on which trial counsel may have complications to be considered in setting a trial date. (*See* 12/5/17 Order at 2-5.) The parties should be aware that the court is presently setting trials in approximately March 2021. If any of the information called for is mooted by the case's progress so far, the

//

//

parties shall so state.  The parties shall file the revised joint status report no later than fourteen (14) days from the filing date of this order.

Dated this 22nd day of November, 2019.

JAMES L. ROBART
United States District Judge