THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LEONARD A. LEMMON,

    *Plaintiff*,

v.

EQUIFAX INFORMATION SERVICES LLC,

    *Defendant*.

Case No. 2:17-cv-01464-JLR

**STIPULATION OF SETTLEMENT AND DISMISSAL**

Plaintiff Leonard A. Lemmon ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby inform the Court as follows:

1. This case is one of several class actions brought in various jurisdictions against Defendant alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., regarding the reporting and disclosure of public record information.

2. On April 12, 2019, a nationwide settlement was reached in the case of *Thomas v. Equifax Info. Servcs., LLC*, No. 3:18-cv-00684-MHL (E.D. Va.).

3. The terms of the *Thomas* settlement embrace the class claims alleged in this litigation, and thus resolve all class claims in this matter.

4. Judge M. Hannah Lauck of the Eastern District of Virginia granted final approval to the settlement and final judgment in *Thomas* on September 13, 2019. (Thomas ECF No. 55.)

5. No appeals were taken from Judge Lauck's Order.

6. On October 4, 2019, the Parties stipulated to dismiss the claims asserted in this

STIPULATION OF SETTLEMENT AND DISMISSAL     1

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

action with prejudice to the extent Plaintiff purported to bring them on a class wide basis. Doc. 43. This Court dismissed the class claims in accordance with the stipulation on October 4, 2019. Doc. 44.

7. The Parties now inform this Court that the remaining individual claim in this action is now settled and fully resolved.

WHEREFORE, the Parties respectfully request a dismissal of the matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

STIPULATED TO AND DATED this 13th day of March, 2020.

| TERRELL MARSHALL LAW GROUP PLLC | MARKOWITZ HERBOLD PC |
|---|---|
| By: /s/ Erika L. Nusser, WSBA #40854<br>Beth E. Terrell, WSBA #26759<br>bterrell@terrellmarshall.com<br>Erika L. Nusser, WSBA #40854<br>enusser@terrellmarshall.com<br>Elizabeth A. Adams, WSBA #49175<br>eadams@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450<br><br>James A. Francis, admitted *pro hac vice*<br>jfrancis@consumerlawfirm.com<br>John Soumilas, admitted *pro hac vice*<br>jsoumilas@consumerlawfirm.com<br>Lauren KW Brennan, admitted *pro hac vice*<br>lbrennan@consumerlawfirm.com<br>FRANCIS MAILMAN SOUMILAS, P.C.<br>1600 Market Street, Suite 2510<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 735-8600<br>Facsimile: (215) 940-8000<br><br>*Attorneys for Plaintiff* | By: /s/ Jeffrey M. Edelson, WSBA #37361<br>Jeffrey M. Edelson, WSBA #37361<br>jeffedelson@markowitzherbold.com<br>1211 SW Fifth Avenue, Suite 3000<br>Portland, Oregon 97204-3730<br>Telephone: (503) 295-3085<br><br>Meryl W. Roper, admitted *pro hac vice*<br>mroper@kslaw.com<br>Zachary A. McEntyre, admitted *pro hac vice*<br>zmcentyre@kslaw.com<br>John C. Toro, admitted *pro hac vice*<br>jtoro@kslaw.com<br>KING & SPALDING LLP<br>1180 Peachtree Street NE<br>Atlanta, Georgia 30309<br>Telephone: (404) 572-4600<br><br>Katherine McFarland Stein,<br>admitted *pro hac vice*<br>kstein@kslaw.com<br>KING & SPALDING LLP<br>500 W. Second Street, Suite 1800<br>Austin, Texas 78701<br>Telephone: (512) 457-2000<br><br>*Attorneys for Defendant* |

STIPULATION OF SETTLEMENT AND DISMISSAL — 2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED this 16th day of March, 2020.

*[signature]*

THE HONORABLE JAMES L. ROBART

STIPULATION OF SETTLEMENT AND DISMISSAL — 3

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com